IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NITETEK LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-717-MN |
| | ) |
| CRANE MERCHANDISING SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Crane Merchandising Systems, Inc. ("Crane"), through their undersigned counsel and subject to the approval of the Court, that Crane's time to move against, answer, or otherwise plead in response to the Complaint for Infringement of Patent is hereby extended to and including July 22, 2020.

| | |
|---|---|
| CHONG LAW FIRM P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| */s/ Jimmy Chong* | */s/ Samantha G. Wilson* |
| Jimmy Chong (No. 3849) | Adam W. Poff (No. 3990) |
| Chong Law Firm P.A. | Samantha G. Wilson (No. 5816) |
| 2961 Centerville Road, Suite 350 | Rodney Square |
| Wilmington, DE 19808 | 1000 North King Street |
| (302) 999-9480 | Wilmington, DE 19801 |
| chong@chonglawfirm.com | (302) 571-6600 |
| | apoff@ycst.com |
| *Attorneys for Plaintiff* | swilson@ycst.com |
| | |
| | *Attorneys for Defendant* |

Dated:  June 19, 2020

26669648.1

**SO ORDERED this ___ day of June, 2020.**

 

_____
**THE HONORABLE MARYELLEN NOREIKA**
**UNITED STATES DISTRICT JUDGE**

26669648.1