# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>      Plaintiff,<br><br>    v.<br><br>**CRANE MERCHANDISING SYSTEMS, INC.,**<br><br>      Defendant. | Civil Action No.:  1:20-cv-00717-MN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Nitetek Licensing LLC, ("Plaintiff"), by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action with prejudice against Defendant Crane Merchandising Systems, Inc. ("Defendant").  Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

Dated: October 12, 2020

Respectfully submitted,

CHONG LAW FIRM, PA

*/s/Jimmy Chong*
Jimmy Chong
Chong Law Firm, PA
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2020, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Delaware, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Jimmy Chong*
Jimmy Chong